

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:24-00189 |
| v. | ) | |
| | ) | 18 U.S.C. § 875(c) |
| DAVID AARON BLOYED | ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about July 19, 2024, in the Middle District of Tennessee and elsewhere, the defendant, **DAVID AARON BLOYED**, did knowingly and willfully transmit in interstate and foreign commerce, a communication containing a threat to injure the person of another, specifically, Gab posts containing threats to lynch the District Attorney of Davidson County, Tennessee.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

*[signature]*
JOSH KURTZMAN
ASSISTANT UNITED STATES ATTORNEY