1

2

3

4

5

6

7

8          TRANSCRIPT OF RECORDING

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Anita F. Polk, Court Reporter (615) 394-3554

1    OFFICER:  Hidee.

2    UNKNOWN:  (Inaudible).

3    OFFICER:  No, it's got a locked gate.

4    UNKNOWN:  (Inaudible).

5    OFFICER:  Yeah, I know, but I ain't real

6  crazy about walking all the way up there with no

7  cover.

8    UNKNOWN: (Inaudible) I'll see what I

9  (inaudible).

10    OFFICER:  All right.

11    He's going (inaudible).

12    Is that that Suburban that was sitting in

13  a ditch?

14    OFFICER 2:  Yeah.

15    (Phone alarm sounding.)

16    UNKNOWN: (Inaudible.)

17    OFFICER:  Hey.  Hello.

18    UNKNOWN:  (Inaudible).

19    OFFICER 2:  When I called dispatch --

20    UNKNOWN:  (Inaudible.)

21    OFFICER 2:  Yeah, I hear you, I'll call

22  him.

23    UNKNOWN: (Inaudible) insurance so we

24  confirmed on it.

25    OFFICER:  Hey, this is Rusty.  Do y'all

Anita F. Polk, Court Reporter (615) 394-3554

1   have a -- so y'all have a phone number for this

2   David Bloyed, do you know?

3          UNKNOWN:  (Inaudible).

4          OFFICER:  Will you try that number and

5   tell him that you have a deputy there for a

6   (inaudible) violation?  Ask him if he'll come out

7   to the gate.

8          UNKNOWN:  Okay.

9          OFFICER:  Thanks.  Be invalid number

10  probably.

11         OFFICER 2:  (Inaudible).

12         OFFICER:  No, I don't have any

13  (inaudible).  Probably some -- it might be

14  someone (inaudible).

15         (Radio traffic.)

16         (Inaudible).

17         (Radio traffic.)

18         OFFICER:  Did someone actually see them

19  bring him out?

20         OFFICER 2:  Did somebody actually see him

21  bring him out?

22         OFFICER:  The agents are the ones who said

23  that there was a barrel lying out here somewhere.

24  I don't see (inaudible).

25         (Phone alarm.)

Anita F. Polk, Court Reporter  (615) 394-3554

1      OFFICER:  Hello.  Okay.  We'll give him a

2  minute.  He hasn't came out yet.  All right.

3  Thanks.  Watch for him make sure (inaudible).

4      OFFICER 2:  All right.

5      UNKNOWN 2:  Hello.

6      OFFICER:  Dispatch made contact with him.

7  Told him what we were here for and he said he was

8  gonna come out here, but we haven't seen him yet.

9      UNKNOWN 2:  Okay.  Well just hang tight

10  for a minute okay?

11      OFFICER:  Yeah.  All right.

12      UNKNOWN 2:  Just keep waiting.

13      OFFICER:  Yeah, we will.

14      UNKNOWN 2:  All right.

15      OFFICER:  Bye.  (Inaudible).

16      OFFICER 2:  This may be his dad or

17  something.  (Inaudible) his dad (inaudible).

18      OFFICER:  He usually does.  That looks

19  like him, don't look like (inaudible).

20      OFFICER 2:  It looked like he had gray

21  hair.

22      OFFICER:  He does have gray hair, like

23  salt and pepper hair.

24      UNKNOWN 2:  Recording.

25      OFFICER:  105 to 103.  He walks up to the

1  gate you don't -- we're gonna hop over and grab

2  him?

3       OFFICER 2:  We got that warrant.

4       OFFICER: (Inaudible).

5       OFFICER 2:  Yeah.  He ain't got nothing on

6  him.  He's got a kid with him.

7       OFFICER:  105 to 110.

8       105 to 110.

9       UNKNOWN 3:  110 to 105 go ahead.

10      OFFICER:  That subject's walking out to

11 the gate just now.

12      UNKNOWN 3: (Inaudible).

13      (Inaudible.)

14      (Radio traffic.)

15      (Inaudible.)

16      MR. BLOYED: I had to walk, sir.

17      One big family (inaudible).

18      What you guys is looking for me?

19 (Inaudible).  I don't care fucking (inaudible)

20 what the fucking (inaudible).  I'm not screaming.

21 (Inaudible) an asshole (inaudible).

22      (Inaudible).

23      MR. BLOYED:  Close the gate. (Inaudible)

24 watering trough messed up.

25      (Inaudible.)

Case 3:24-cr-00189    Document 64-1    Filed 04/21/25    Page 5 of 40 PageID #: 472

1     OFFICER 2:  It's probably coming out of --
2  of your deal over there; right, I guess.
3     MR. BLOYED:  No.  A fucking burning going
4  on.  God dammit guys.  This shoulder's fucking
5  dislocated too, the right one.
6     OFFICER 2:  All right.
7     OFFICER:  (Inaudible.)
8     MR. BLOYED:  Pat me down please.  Fucking
9  calm down.  Do it good I don't want (inaudible).
10  Can you fucking do this (inaudible) fucking
11  shoulder is already hurting, and the fucking
12  wrists are already swelling.  You got it Eric.
13  Call a lawyer.
14     God damn it.  Hey man, you're going to
15  have to loosen these cuffs, I'm telling you, man,
16  my fucking wrists are already swelling.  I ain't
17  going to fucking hurt you guys.  I'm fucking
18  naked.
19     OFFICER:  I need you to get confirmation.
20     MR. BLOYED:  Fucking faggots.  Fuck.  God
21  damn it.  How do I get -- how do I sit where
22  these cuffs don't fucking break my wrists?  My
23  fucking hands are swelling up.  How do I do it?
24     OFFICER 2:  Turn -- turn sideways a little
25  bit.

1          MR. BLOYED:  Ah, God damn it.  I didn't

2    make any fucking threats anyway.  Fucking

3    somebody SWATTED me.  Who is it, Nashville PD?

4    Those mother fuckers.  Ah, God damn it, man.

5    Fuck this shoulder, ugh.

6          How long have y'all been with the

7    Sheriff's Department?

8          OFFICER:  (Inaudible).

9          MR. BLOYED:  Come on, dude, answer

10   questions.

11         OFFICER 2:  A couple of months.

12         MR. BLOYED:  A couple of months?  Where

13   were you before this?

14         OFFICER 2:  Navarro College.

15         MR. BLOYED:  Oh, a college cop.

16         OFFICER 2:  Yeah.

17         MR. BLOYED:  How long were you there?

18         OFFICER 2:  A couple of months.

19         MR. BLOYED:  Where were you before there?

20         OFFICER 2:  Hill County.

21         MR. BLOYED:  What?

22         OFFICER:  Hill County Sheriff.

23         MR. BLOYED:  Hill County.  I hear that's a

24   good sheriff over there.  I hear good and bad

25   about Tanner.  I hear some real -- I hear people

Case 3:24-cr-00189    Document 64-1    Filed 04/21/25    Page 7 of 40 PageID #: 474

1    say really good things, and I hear people say

2    really, really bad things.  I don't know either

3    one.  I know that PD Department over in Corsicana

4    has a bunch of fucking FBI zog butt, Jew dick

5    suckers.

6           (Radio traffic.)

7           MR. BLOYED:  Y'all know -- y'all know

8    anything about me?  I'll tell ya.  I go out and

9    put little pieces of papers on cars telling

10   people to look -- look at what's going on.  Look

11   at what's going on, which is perfectly legal.  So

12   I got my leg broken by a cop for putting first

13   amendment stuff on a car.  Got beaten down at

14   gunpoint.

15          Then the Corsicana cops trespassed me.

16   Let two lawyers come out there and pull my flyers

17   off the cars.  Pull my flyers off the cars, which

18   is a Title 18 violation, big time federal felony,

19   and they threw me in jail for not breaking any

20   laws.

21          I didn't make any threats, guys.  I don't

22   threaten anybody.  I know they're just using you

23   guys.  But you ought to not be used like whores,

24   you know.  You ought to speak up every now and

25   then, be a man.  You're losing your country right

1  now.  You know that, right?

2       You know, there's 400,000 Haitians,

3  Guatemalans, Chinese spending the night in

4  Houston, have been for the last few months in a

5  big housing development.  That's not counting Del

6  Rio.  That's not counting El Paso.  That's not

7  counting the two crossings in southern Arizona,

8  southern New Mexico, and California.  We're being

9  invaded, and nobody knows, because they're

10  throwing guys like me in jail for putting little

11  pieces of paper on car windshields, which is

12  perfectly legal.

13       And fucking somebody SWATTED me from

14  Nashville because I didn't threaten anybody.  I

15  don't threaten people.

16       Thanks, Tanner, doing a great job.

17       You guys ought to be at war with that

18  Corsicana PD.  It ought to be open warfare

19  between you guys and the Corsicana PD.

20       (Radio traffic.)

21       MR. BLOYED:  Come on, guys, I don't think

22  I can ride 20 minutes like this.  You guys are

23  just torturing me.  Fucking wrists are swelling

24  up.  The cuffs are already tied all the way

25  around -- my fucking fingers are swelling.

Case 3:24-cr-00189    Document 64-1    Filed 04/21/25    Page 9 of 40 PageID #: 476

1       OFFICER 2:  I'll check them, but they're
2  not made for comfort.
3       MR. BLOYED:  Yeah, we're not made to be
4  tortured, though.  I'm not going to fucking hurt
5  you guys.  Like I said, I'm fucking naked and I
6  don't fucking fight anyone.  I'm 60 fucking years
7  old.
8       OFFICER 2:  Step out.
9       MR. BLOYED:  My right side is fucked, the
10 leg and the shoulder.
11      (Phone alarm.)
12      MR. BLOYED::  That's it, you're safe
13 (inaudible) everything's good.
14      OFFICER 2:  Raise your arms up.
15      OFFICER:  Hello, this is Captain Baird.
16      OFFICER 2:  I'm good.
17      MR. BLOYED: (Inaudible) this one?
18 (Inaudible).
19      UNKNOWN:  No, not yet.
20      OFFICER 2:  Okay. (Inaudible).
21      He doesn't have it on him.  Inside the
22 house.  (Inaudible).  He doesn't have it on him,
23 it's the house (inaudible).
24      MR. BLOYED:  What's inside the house
25 (inaudible)?

1      OFFICER:  Hang on just a second, okay?

2      (Inaudible.)

3      OFFICER:  That'll work, thank you.

4      (Radio traffic).

5      OFFICER:  No, that's (inaudible).

6      (Radio traffic).

7      OFFICER:  You may want (inaudible) and put

8  that seat belt on you.

9      MR. BLOYED:  Okay.  This shoulder's fucked

10  up, though, so it's better if I don't move back

11  here.

12      You guys grew up around here?

13      OFFICER 2:  Yeah.

14      MR. BLOYED:  Where'd you go to school?

15      OFFICER:  Red Oak.

16      MR. BLOYED:  Really.

17      OFFICER:  Yeah.

18      UNKNOWN:  I knew a teacher at Red Oak, me

19  and a bunch of boys at Red Oak.

20      OFFICER:  Oh, yeah?

21      MR. BLOYED:  Yeah.

22      OFFICER:  Okay.

23      MR. BLOYED:  I lived here my whole life.

24      OFFICER:  Yeah.

25      MR. BLOYED:  Fuck.  Yeah, our sheriff's

1  supposed to look out for us.  Tanner ain't
2  looking out for us.  I don't know how you got --
3  you guys got hired, looks to me like he's hired a
4  bunch of women and Africans, and Spics, dumb --
5  the dumbest Spics he can find.  I know that's
6  what the feds tell him to do, but he doesn't have
7  to do it.
8       Oh, fuck.  Yeah, you guys are torturing a
9  real patriot today.  A guy that fights.  A guy
10  that does what you won't do.  Y'all ever put
11  flyers on cars telling people what's going on?
12  No?
13       That's all right.  One of these days,
14  y'all are going to be working for me I promise
15  you.  But I'll remember your kindness.  I will.
16       Did y'all get flyers at the sheriff's
17  department last year on your cars?  Somebody
18  probably stole them off.  I went and flyered (ph)
19  that -- I went and flyered the sheriff's
20  department cars, you know, real carefully put
21  them under the windshield, which is perfectly
22  legal.  Tell you guys what's going on so you'll
23  know, and, uh, the lawyers take them off, PD --
24  the PD arrested me, all kinds of shit.
25       Two of your guys stopped me out there,

Case 3:24-cr-00189   Document 64-1   Filed 04/21/25   Page 12 of 40 PageID #: 479

1  delayed me, illegally detained me for like 30

2  minutes so the PD could show up and arrest me.

3  You tell your kids you knew me one day.

4      I would have gone over there and turned

5  myself in if you guys would have called me.  Like

6  I told -- I met one of your other coworkers back

7  in like March.  I told him if Tanner's ever got a

8  problem with me, call me, I'm cool.  I'll turn

9  myself in.  I got nothing to fear.

10     You guys keep up with world events?  Been

11 watching what's going on in Great Britain,

12 Ireland, Brussels, France, Portugal, Spain, where

13 else?  There's a couple other really -- Hungry,

14 did I say Poland already, Australia.  Yeah,

15 everybody's fighting the cops.  They're

16 firebombing the cops.  Do you know why they're

17 firebombing the cops, that's the question you

18 need to ask yourself.  Why are the people, and

19 even the fireman, fighting back against the cops,

20 and the corrupt sheriffs, why?  Do you know why,

21 either one of you?  You want me to tell you why?

22 You don't want to be informed.

23     You guys got kids, they're fucked.  You

24 realize that, and we keep doing what we're doing

25 your kids are fucked.  They already can't get

Case 3:24-cr-00189   Document 64-1   Filed 04/21/25   Page 13 of 40 PageID #: 480

1   jobs because they're white or male, that's been

2   going on for 50 fucking years.  Try getting a job

3   with government.

4        The fucking ADL page at city council over

5   there at Corsicana law, the fucking ADL, the

6   Jewish ran ADL is paying the city council and

7   that BDG job and that fucking FBI faggot to fuck

8   with people, to cause problems.  They passed a

9   new ordinance.  You can't even throw a newspaper

10  in Corsicana anymore without going to jail.  And

11  you guys are their pawns.  They're using you guys

12  as your -- as their bitches.  I'm here to help

13  you guys, you got to listen.  We -- we want you

14  guys to fight for us, not against us.

15       You can't let care make you a fucking

16  criminal.  Don't do it guys, and don't let him

17  make you a criminal.  Don't help that PD out on

18  anything.  Them mother fuckers and FBI trained

19  dog butt fucking sodomite.

20       Last time I was in this jail they put me

21  in the drunk tank for 24 hours, right, with a

22  broken leg.  It was vomit from one end to the

23  other, it was about 50 degrees.  They wouldn't

24  give us blankets.  They wouldn't give us pillows.

25  It was a juvenile -- two young boys in there that

Case 3:24-cr-00189   Document 64-1   Filed 04/21/25   Page 14 of 40 PageID #: 481

1 had a joint in their car suffering the same

2 torture for a joint.  I don't smoke pot, and I

3 tell them they shouldn't either, but by the way I

4 don't do drugs.  I don't smoke pot.  I don't get

5 tattoos, and I don't fuck with people.

6      See once again, I'm the guy you wish you

7 were.  You guys wish you were heros.  You can be

8 one.  You can be your own hero.  Get your head

9 out of your asses and start looking at what's

10 going on, and do something about it.

11      Like I said, I didn't threaten anybody in

12 Nashville.  I don't know what the fuck they're

13 talking about, but I know Nashville's been

14 getting -- they've been going and getting all the

15 guys that flyer, and the guys that are -- they're

16 just going online and get whoever they can get,

17 and Tanner fell for it, which Tanner's --

18 Tanner's our sheriff.  He should be smarter than

19 that.  That's all right though, it don't matter.

20      So guys, let me give you a breakdown of

21 what's going on in the world.  1913, we lost our

22 country to the Federal Reserve, right?

23      Federal Reserve with 10 guys met off the

24 coast of Georgia on an -- on an island called

25 Jekyll Island.  How many of those guys were Jews?

Case 3:24-cr-00189   Document 64-1   Filed 04/21/25   Page 15 of 40 PageID #: 482

1  Got a guess either one of you, how many of those

2  ten guys were Jews?  I'll give you a hint, it was

3  all of them.  So America is a Jewish ran slave

4  farm.  They immediately took control of our

5  education and so starting writing the word you

6  out of everything.  Everything.  And now our kids

7  don't know up from down, left to right.  They

8  backed and killed our aunts, uncles and

9  grandparents, y'all -- you guys lose anybody in

10  the fake COVID shit?  Did they make y'all get

11  vacs, that's the other question.  If they made

12  you get vacs, they shorten your life by about 15

13  years.

14          I can show you guys how to get well from

15  the vacs.  You have to know what they put in the

16  vacs and what counteracts it, and there's only a

17  few things that do it.  It's not widely known.

18  That was their kill strategy.  If you read the

19  Calmandit (ph), which is the Jewish Bible, you

20  see that they've been saying this shit for

21  3,000 years that they're going to kill the best of

22  Begorium (ph), Begorium means cattle.  It means --

23  it means non Jew, and guys that's you, me, both you

24  and me.

25              They're killing all our ability to

1  fight back.  They're going to make America what's
2  going to be combat ineffective that's what all this
3  is to make us combat ineffective.  If you ever went
4  into the military get too many injured, too many
5  sick, too many dead, you can't fight because you've
6  to busy doing triage and first aide and trying to
7  vac everybody.

8           So how do we win guys, how do we stop
9  this and keep your kids from being genocided for
10 having to marry niggers, and never having a good
11 job because you're never going to have a good job
12 anymore.  COVID took out all the small businesses
13 basically.  They've been keeping white guys out of
14 government jobs for 50 years because of the Federal
15 Reserve because if you control the money, you
16 control the politicians, you control the policy,
17 you control everything and this is what they don't
18 want us saying.  But with guys like who ain't a
19 fucking pussy will stand up and say it and hand
20 little hurty people the paper to other people what
21 do they do, they SWAT us, they throw us in jail.
22 They do whatever they can to fuck us over, and
23 they're using you guys to do it and that's why they
24 are fighting the cause.

25           It's all those white countries because

Case 3:24-cr-00189    Document 64-1    Filed 04/21/25    Page 17 of 40 PageID #: 484

1   you guys wouldn't stand with the patriots.  You're

2   standing with the Jews.  You're fucking (inaudible)

3   in it's a 100 percent Jewish, a 100 percent.

4   They're behind all this shit.  They fuck you guys,

5   they're going to keep throwing money at you guys to

6   keep you fucking criminals for as long as they can.

7             The police departments are even worse

8   because the fucking Jewish city councils elect

9   them.  At least the Sheriff has to get elected.

10  It's the only accounting for the budget gives a

11  shit if you get a Jew-loving Sheriff elected, which

12  I think we might have one I'm not sure.  But did

13  you guys know any of this.  I'm telling you these

14  are the facts, man, the whole world knows it.

15            If you guys want to save your kids do

16  something.  You don't have to throw yourself

17  against the sword to do something, but you have to

18  do something.  You have to do something.

19            Hey, I was just like you guys and I

20  went to high school, went to be high school full of

21  a bunch of fucking failed niggers and crazy spics

22  and it was insane.  It's up in Dallas, absolutely

23  insane.  I'm surprised any of us survived it.

24            That's called diversity.  That's

25  Jewish.  Diversity has failed.  That's what's going

1    on in the world diversity failed.  People are

2    catching on to Jewish control of everything and

3    they're rising up.  So do what you can man.

4              I know I kind of sound angry, you

5    know, and you guys I'm sure you understand it.  You

6    understand that I'm angry, right?  You understand

7    that I'm a -- that I like you guys and I fucking

8    hate you guys at the same time; right, because you

9    guys work for the fucking Jew.  Your job is to

10   (inaudible) enforces and beat us up, locking our

11   asses and throw us in jail, do whatever the fucking

12   faggot Jews tell you to do.  But you got to do what

13   you can.  You have to do what you can and you can

14   do more.  You got to do it for your own kids.

15             (Inaudible.)

16        MR. BLOYED:  Yeah, the only weapon I got

17   is my mouth guys.  Oh, shit.

18        I hope they don't throw me in that fucking

19   drunk tank again.  That was fucking disgusting.

20   I couldn't -- I could barely walk then though.

21        So I hear you grow up in Red Oak.  Did you

22   grow up around here did you say?

23        OFFICER:  Yeah.

24        MR. BLOYED:  What school did you go to?

25        OFFICER:  (Inaudible.)

Case 3:24-cr-00189    Document 64-1    Filed 04/21/25    Page 19 of 40 PageID #: 486

1    MR. BLOYED:  I'm sorry I didn't hear you.

2         OFFICER:  Frost.

3         MR. BLOYED:  Frost.  You went to Frost.

4    What year did you graduate.

5         OFFICER:  '96.

6         MR. BLOYED:  '96.  Did you know my dad the

7    post master?

8         OFFICER:  Yeah.

9         MR. BLOYED:  Walter.  I'm going to tell

10   him about you.  He's probably going to look you

11   up and call you.

12        OFFICER:  (Inaudible).

13        MR. BLOYED:  (Laughing).  You went to

14   Frost, graduated in '96.  I didn't know any kids.

15   I think the last kids I really knew were about

16   '90.  Hey, I think I know you.  I think, yeah,

17   yeah, yeah, yeah, now I get it.  Now I know who

18   you are.  Now I know who you are.

19        Yeah, well -- how do you live with

20   yourself honestly?  Every morning you wake up you

21   know you're on team shit head jail, how do you

22   live with it, how do you not fight?  I wish I

23   knew how to not fight, how to not fucking do

24   anything, I wish I knew.  You take the money and

25   shut up.  I can't do it.  I never could do it.

1  You guys -- hey, you didn't get to go to Israel
2  to train did you?
3      OFFICER:  (Inaudible).
4      MR. BLOYED:  Well that's good for you.
5  One of your other Sheriffs did, he told me.  I
6  said you dumb ass and that guy melted in front of
7  me.  I said it's all right man.  It's all right I
8  know we didn't -- we didn't know everything back
9  then and now you know.
10     Like you're lucky you didn't go to Israel.
11 You might be one of the few.  Every FBI candidate
12 since 2000 has gone to Israel, and all they teach
13 them is how to violate our rights, fucking rob
14 and hurt us, that's what they teach you in
15 Israel.  They go in contribution, it doesn't
16 matter, arrest everybody we tell you to, that's
17 what's going on.
18     That fucking Frost school, man, that --
19 that place is disgusting government
20 indoctrination center now.  You don't have kids
21 there do you?  Thank God.
22     So how do we fix this?  We run for school
23 board.  We run good sheriffs that will protect us
24 from this shit, and we got to stop all this
25 Jewish influence in the councils and your

1   sheriff's department union and the PD union and
2   the police department itself.  Like I said, you
3   guys should be in open warfare with the police
4   department honestly.  You should fucking stick
5   your gun in your face every time you see them say
6   stay the fuck out of our area.  Just fucking stay
7   in your little box over there, shut the fuck up,
8   that's what you guys should know the cost every
9   time you fucking see them.
10          OFFICER:  (Inaudible).
11          MR. BLOYED:  Yeah, you have (inaudible).
12  Get the fuck up.  I couldn't hear if you answered
13  sorry.
14          OFFICER:  I know (inaudible).
15          MR. BLOYED:  Oh, boy.  Thank you -- thank
16  your buddy for me again for looping me in the
17  cause I appreciate it.  I'm not a bad guy guys
18  just like you.  Just the guy that didn't get
19  sucked into the system early to get brain fucked.
20  I didn't get -- I didn't get a mortgage over my
21  head and I didn't go into debt because I knew
22  everything was wrong when I got out of high
23  school.  I got out in '83.
24          See you guys were isolated.  You grew up
25  in Frost.  Frost was isolated from the real

Case 3:24-cr-00189   Document 64-1   Filed 04/21/25   Page 22 of 40 PageID #: 489

1  world.  I knew those kids.  I know all those

2  kids.  I know everybody in that county.  And knew

3  their parents.  I knew their grandparents.  We

4  used to slip and slide in most of those back

5  yards.

6      So any way Cavilla (ph) that faggot

7  psychopathic cop at Frost, I was putting flyers

8  on the cars one day, he's complaining, screaming,

9  holding his water out at me, so I took -- I

10  reached out took it from him.  I say, I solved

11  your problem, man, hand me the flyers.  I took

12  the flyers from him, turned around, jumped on my

13  back, beat on me for about two minutes and then

14  broke my leg after I was (inaudible) to arrest

15  me, the whole time, the whole time.  Broke my

16  fucking leg.  I can still barely walk.  It's been

17  a year and a half.  I did that for you guys.  I

18  was fighting for you and your buddy and all your

19  other sheriff whites.

20      That's what -- that's the blood I've got

21  in this game.  That's the skin I've got in this

22  game.  I've been shot at by Beaners over holding

23  a banner up in public, telling people what's

24  going on.  I've been arrested.  I been

25  trespassed, fuck, all kind of shit, all for this

1  free speech.  I did.  That's all I did.

2       So where were you, when I was doing all

3  that where were you?  That's what you need to be

4  asking yourself, where were you, what the fuck

5  were you doing or what can you do now to make up

6  for it.  Fuck.

7       Do you ask yourself that, what -- what you

8  can do to make up for it, what you can do to do

9  your part.  You don't?  Why not?  You're a white

10 man.  You should have a conscious.  You should be

11 fighting for your kids and my kids.  What the

12 fuck, man.  You make big fucking money riding in

13 these fucking cars, bashing free rights -- civil

14 rights activists, the fucking free speech

15 activists.  Do your fucking part.

16      What?  Look in the mirror, man, you have

17 until today, you're the reason we're in this shit

18 hole.  You and guys like you sit on the fucking

19 sidelines and do nothing and take your big

20 fucking Jew money and do nothing.  We fucking

21 need you.  Fuck.  One of these days when your kid

22 grows up and says, what the fuck were you doing

23 dad, what were you doing when all of these guys

24 were getting fucked up by your fucking cop

25 buddies and your fucking Sheriff's buddies, where

Case 3:24-cr-00189    Document 64-1    Filed 04/21/25    Page 24 of 40 PageID #: 491

1  were you.  Ah, I was making big money son.  I was

2  just kicking the can down the road till the

3  Haitians and the Venezuelans and the Chinese

4  could come up here and kill you.

5       You know there's 400,000 people in a

6  fucking housing development in north Houston,

7  400,000 black people, Venezuelan, Chinese,

8  Brazilians with about a 70 IQ between the whole

9  bunch, 70.  Yours is probably 110.  They're

10 retarded.  Literally less than 80 is retarded and

11 you're fucking letting them gain power while you

12 take your big fat check and do nothing, and

13 listen to fucking Tanner while he hires your

14 fucking replacement.

15      You realize they're not going to hire any

16 white guys when they let you guys go, right,

17 they're not going to.  When you guys are gone

18 that's it.  We got no more people in the PD and

19 it's going to be white versus black.  When those

20 fucking assholes from Houston come up here, and

21 they're going to UN weapons, got that shit that

22 you don't even have, we are fucked.  Navarro

23 County is fucked.

24      Texas is 39 percent white.  Houston is 27

25 percent white.  Oh, what's that mean, white's

1  just a color.  It means shit.  No.  Skin color
2  correlates to IQ in every country in the world
3  that's how I know you're a smart man you're
4  white.  This diversity shit was a Jewish scam.
5  It was a Jewish scam from the beginning.  All you
6  had to do was read their book called the Talman
7  (ph).  They said they were going to do all this
8  shit 120 years ago.  It's called a racial plan
9  for the 20th century.  You're watching it happen
10  in real time.
11       I'm going to talk to your friends, man.
12  I'm going to talk to every old person in that
13  town that knows you, all of them.  I'll say
14  you're not a bad guy, right, why ain't he fucking
15  doing something.  Why is he just taking his
16  paycheck.  Why are they taking their fucking
17  paychecks and doing nothing.
18       I never seen you guys out on the street.
19  I never seen you guys hold a banner.  I never
20  seen you guys speak on the fucking courthouse
21  steps never.  Can't get you guys to show up in
22  Albuth (ph), no, you let (inaudible) in Houston.
23       You'll love this story.  I live in
24  Houston, and we did a banner down in Houston, me
25  and 3 other guys, which is not enough, but we did

Case 3:24-cr-00189   Document 64-1   Filed 04/21/25   Page 26 of 40 PageID #: 493

1    it anyway.  And we got out in the front of

2    football traffic, it was either Saturday or

3    Sunday, eight lanes of traffic.  We are on an

4    overpass about 8 lanes of traffic me and 3 other

5    guys holding a banner.  Some fucking Mexicans

6    show up with fucking automatic weapons and they

7    might have been full automatic, I mean they are

8    ARs, they were gold plated and chrome plated,

9    were going to fucking shoot us and the Houston PD

10   had already called the cops off so they wouldn't

11   protect us.  So they wouldn't -- the cops had

12   already been there talking, that fellow standing

13   around they said they would.  Soon as they leave

14   these fucking Beaners show up 3 of them with

15   fucking pistols and AR-15s to fucking shoot us.

16   We barely got out of there alive.

17        Yeah, I did that for your kids.  You're

18   welcome.  I did that for your kids.  Where were

19   you that day?  You know the Russian Revolution

20   wasn't a Russian Revolution; right, 1917.

21   They're called --

22        (Radio traffic.)

23        MR. BLOYED:  It's called the Bolshevik

24   Revolution and what it was was a Jewish overthrow

25   of Russia.  They don't teach you this in school.

Case 3:24-cr-00189   Document 64-1   Filed 04/21/25   Page 27 of 40 PageID #: 494

1   They lie to you.  So who were the hundred million

2   people who went to the gulags and froze to death,

3   were starved to death, or were worked to death,

4   who were the hundred million people?  Who?  They

5   were you and me.  Those were white Christians,

6   that was the white Russians that went to the

7   gulag and died.  No Jews were harmed in the

8   Russian Revolution.

9      They killed a hundred million of our

10   people, a hundred million.  So that wasn't good

11   enough.  So in 1930 they decided the Ukraine

12   needed to die too, so Stalin went over there took

13   all their food and starved them to death and

14   killed 30 million more white ethnic people in

15   Ukraine.  30 million.  You see how they're lying

16   to us?  Is it starting to make sense yet?  I can

17   go on for a couple more hours.

18      So gun control, get back to gun control in

19   the United States, all of the major gun control

20   legislation is being passed by Jews.  Well the

21   Jews already run the Federal Reserve.  They

22   already print all of the money they want.  They

23   give it to the politicians.  We had a few

24   politicians up until the '60s and '70s that were

25   actually fighting for us.  They're gone.  There

Case 3:24-cr-00189   Document 64-1   Filed 04/21/25   Page 28 of 40 PageID #: 495

1    are no more.  Everybody up there is a Jew or a

2    Jew lover.

3           Trump's a Jew.  He married all his kids

4    off to Jews.  Biden married all of his kids off

5    to Jews.  All of Trump's donors are Jews.  80

6    percent of Biden's cabinet are Jews.  You seeing

7    a pattern here?

8           (Radio traffic.)

9           We need you man.  I can tell you're a good

10   guy because you're fucking listening.  We need

11   you.

12          (Radio traffic.)

13          Just do a little.  You don't have to get

14   yourself fucking fired.  Just do a little.

15          (Radio traffic.)

16          You guys had it too easy in Frost, man.

17   Like I said, I knew all of those Frost kids.  If

18   you guys would had the grow up in Dallas you

19   would have seen this shit fucking 20 years

20   sooner.  Dallas was a fucking combat zone.  Frost

21   wasn't.  But it will be because what's -- what's

22   the white population of Texas now, it's 39

23   percent.  39.

24          Well if you know your history and you

25   study south Africa and Rhodesia, they'll tell

Case 3:24-cr-00189    Document 64-1    Filed 04/21/25    Page 29 of 40 PageID #: 496

1  you, when you get to less than 50 percent you're

2  about to meet the machete niggers.  Oh, what are

3  the machete niggers?  I'll rewind, there's

4  another example.

5       All the machete niggers are the last

6  people that came into the Greek empire, the Roman

7  empire, the Assyrian empire, the Babylonian

8  empire, the Egyptian empire and they machete

9  beheaded everyone in those white empires.  That's

10  who is in Houston.

11       Like I said, I didn't threaten anybody

12  online.  I do customer screening.  It's hard shit

13  but I did not threaten anybody.  I'm not dumb

14  enough to do that.  My lawyer gets mad when I get

15  in trouble, so I do my best to stay out of

16  trouble.

17       But Nashville is ran by a bunch of Jews.

18  Nashville is like the Jewish center of Tennessee.

19  They don't even really know what they're fucking

20  talking about.

21       So do your part man, you can fight.  You

22  can do your part.  Hell, you can get your kids --

23  you got kids you can get your kids to do their

24  part.  They don't have jobs.  They're not ever

25  going to have jobs either.  Get them to flyer.

1  Get them to go talk to people.  Get them to do

2  the courthouse steps.  Do what you can.

3       Tanner is going to keep replacing you guys

4  with Africans and Mexicans and women, and we are

5  completely fucked, completely fucked unless

6  everybody does what they can.  You don't have to

7  do it all.  You don't have to do a lot, just do

8  what you can.  I've done what I can, man.

9       I've sacrificed a fucking leg and a

10  shoulder for this so far from fucking corrupt

11  cops.  I didn't break any laws.  So I got blood

12  in this.  We need -- if Tanner is not going to be

13  on our side, you need to get rid of him.  That's

14  what needs to happen.  We need a sheriff that

15  will fucking stand up for us.  The sheriffs have

16  to be elected.  They can tell their fucking

17  sheriffs you need to shove their Jew money up

18  their fucking asses and hire good people like you

19  and your buddy there, and then don't mention it

20  to the fucking Jews.  Don't fucking go grab

21  patriots off the street for fucking bull shit

22  charges that don't exist.  Do -- ah, fuck.

23       Oh, by the way Masons.  I hope you're not

24  a fucking Mason because Masons are all pedophiles

25  above the fifth degree.  Fifth degree is a little

Case 3:24-cr-00189    Document 64-1    Filed 04/21/25    Page 31 of 40 PageID #: 498

1   boy marriage ceremony when they start grooming
2   you to be a fucking child pedophile sodomite.
3   Masonry is Judaism for white guys, that's called
4   traders.  The Jews have to have a way to form
5   their traders, to recruit their traders and
6   that's what free masonry is.
7        So everybody that's a fucking free Mason
8   you got to give them the finger right in the
9   face.  Tell them they are fucking sodomites.
10  That's free speech by the way.  Just don't talk
11  to them, don't break any laws.  There's a bunch
12  of fucking sodomites right there in that
13  courthouse I guarantee it.  I met some of them.
14  That fucking DA is a fucking faggot, fucking Jew-
15  loving faggot.  All those DA's offices I believe.
16  I don't know and I don't really care.
17       This -- like I said, this county is
18  finished.  Get out of here man get your kids out
19  of here, and go.  Not sure with all this
20  diversity Jew bullshit then stay down here and
21  die with all of the other white people.  I can
22  tell you where to go.
23       (Radio traffic.)
24       Yeah, everybody is going to know y'all
25  arrested me today.  Although you have been very

1  kind I appreciate it.  So as your buddy, a little

2  aggressive at first, but I get it you're scared.

3  I get it you're trying to survive, go home every

4  day, I know.  That's why I showed up wearing

5  shorts and a shirt so you could see that I wasn't

6  armed.  I didn't want you guys fucking shoot me

7  through my own fucking gate.

8        OFFICER:  105 to master control

9  (inaudible).

10        MR. BLOYED:  All that trouble for me, huh?

11  All you had to do was call me.  I told him that.

12  What a fucking waste of time.

13        RADIO TRAFFIC:  133, I called back the

14  number that called in, no one's answering

15  (inaudible).

16        MR. BLOYED:  So do what you can man, just

17  do what you can.  We'll meet on better terms some

18  day.  Fight for your kids or they're not -- we're

19  not going to have a future man our kids are

20  fucked.

21        Like, you're not -- you're not as old as

22  me.  They already ruined my life --

23

24  ***END OF RECORDING***

25

1            C-E-R-T-I-F-I-C-A-T-E

2

STATE OF TENNESSEE

3

COUNTY OF WILLIAMSON

4

5            I, ANITA F. POLK, Licensed and Certified

6   Court Reporter qualified in and for the State of

7   Tennessee, certify that the foregoing transcript is

8   a true and correct transcript of a recording as

9   provided.

10           I further certify that I am neither

11  attorney or counsel for, nor related to or employed

12  by any of the parties to this proceeding; and

13  furthermore, that I am not a relative or employee

14  of any attorney or counsel employed by the parties

15  hereto or financially interested in the action.

16           IN WITNESS WHEREOF, I have hereunto set my

17  hand this March 2, 2025.

18           _____
              Anita F. Polk, LCR
19            Court Reporter

20  *LCR #227, Expiration Date June 30, 2026*

21

22

23

24

25

# #

**#227** [1] - 34:20

# '

**'60s** [1] - 28:24
**'70s** [1] - 28:24
**'83** [1] - 22:23
**'90** [1] - 20:16
**'96** [3] - 20:5, 20:6, 20:14

# 1

**10** [1] - 15:23
**100** [2] - 18:3
**103** [1] - 4:25
**105** [5] - 4:25, 5:7, 5:8, 5:9, 33:8
**110** [4] - 5:7, 5:8, 5:9, 25:9
**120** [1] - 26:8
**133** [1] - 33:13
**15** [1] - 16:12
**18** [1] - 8:18
**1913** [1] - 15:21
**1917** [1] - 27:20
**1930** [1] - 28:11

# 2

**2** [30] - 2:14, 2:19, 2:21, 3:11, 3:20, 4:4, 4:5, 4:9, 4:12, 4:14, 4:16, 4:20, 4:24, 5:3, 5:5, 6:1, 6:6, 6:24, 7:11, 7:14, 7:16, 7:18, 7:20, 10:1, 10:8, 10:14, 10:16, 10:20, 11:13, 34:17
**20** [2] - 9:22, 29:19
**2000** [1] - 21:12
**2025** [1] - 34:17
**2026** [1] - 34:20
**20th** [1] - 26:9
**24** [1] - 14:21
**27** [1] - 25:24

# 3

**3** [5] - 5:9, 5:12, 26:25, 27:4, 27:14
**3,000** [1] - 16:21
**30** [4] - 13:1, 28:14, 28:15, 34:20
**39** [3] - 25:24, 29:22, 29:23

# 4

**400,000** [3] - 9:2, 25:5, 25:7

# 5

**50** [4] - 14:2, 14:23, 17:14, 30:1

# 6

**60** [1] - 10:6

# 7

**70** [2] - 25:8, 25:9

# 8

**8** [1] - 27:4
**80** [1] - 25:10, 29:5

# A

**ability** [1] - 16:25
**absolutely** [1] - 18:22
**accounting** [1] - 18:10
**action** [1] - 34:15
**activists** [2] - 24:14, 24:15
**ADL** [3] - 14:4, 14:5, 14:6
**Africa** [1] - 29:25
**Africans** [2] - 12:4, 31:4
**agents** [1] - 3:22
**aggressive** [1] - 33:2
**ago** [1] - 26:8
**ahead** [1] - 5:9
**aide** [1] - 17:6
**ain't** [6] - 2:5, 5:5, 6:16, 12:1, 17:18, 26:14
**alarm** [3] - 2:15, 3:25, 10:11
**Album** [1] - 26:22
**alive** [1] - 27:16
**amendment** [1] - 8:13
**America** [2] - 16:3, 17:1
**angry** [2] - 19:4, 19:6
**ANITA** [1] - 34:5
**Anita** [1] - 34:18
**answer** [1] - 7:9
**answered** [1] - 22:12
**answering** [1] - 33:14
**anyway** [2] - 7:2, 27:1
**appreciate** [2] - 22:17, 33:1
**AR-15s** [1] - 27:15

# B

**area** [1] - 22:6
**Arizona** [1] - 9:7
**armed** [1] - 33:6
**arms** [1] - 10:14
**arrest** [3] - 13:2, 21:16, 23:14
**arrested** [3] - 12:24, 23:24, 32:25
**ARs** [1] - 27:8
**ass** [1] - 21:6
**asses** [3] - 15:9, 19:11, 31:18
**asshole** [1] - 5:21
**assholes** [1] - 25:20
**Assyrian** [1] - 30:7
**attorney** [2] - 34:11, 34:14
**aunts** [1] - 16:8
**Australia** [1] - 13:14
**automatic** [2] - 27:6, 27:7

## B

**Babylonian** [1] - 30:7
**backed** [1] - 16:8
**bad** [4] - 7:24, 8:2, 22:17, 26:14
**Baird** [1] - 10:15
**banner** [4] - 23:23, 26:19, 26:24, 27:5
**barely** [3] - 19:20, 23:16, 27:16
**barrel** [1] - 3:23
**bashing** [1] - 24:13
**BDG** [1] - 14:7
**Beaners** [2] - 23:22, 27:14
**beat** [2] - 19:10, 23:13
**beaten** [1] - 8:13
**beginning** [1] - 26:5
**Begorium** [2] - 16:22
**beheaded** [1] - 30:9
**behind** [1] - 18:4
**belt** [1] - 11:8
**best** [2] - 16:21, 30:15
**better** [2] - 11:10, 33:17
**between** [2] - 9:19, 25:8
**Bible** [1] - 16:19
**Biden** [1] - 29:4
**Biden's** [1] - 29:6
**big** [7] - 5:17, 8:18, 9:5, 24:12, 24:19, 25:1, 25:12
**bit** [1] - 6:25
**bitches** [1] - 14:12
**black** [2] - 25:7, 25:19
**blankets** [1] - 14:24
**blood** [2] - 23:20, 31:11
**BLOYED** [39] - 5:16, 5:23, 6:3, 6:8, 6:20, 7:1, 7:9, 7:12, 7:15, 7:17, 7:19, 7:21, 7:23, 8:7, 9:21, 10:3, 10:9, 10:12, 10:17, 10:24, 11:9, 11:14, 11:16, 11:21, 11:23, 11:25, 19:16, 19:24, 20:1, 20:3, 20:6, 20:9, 20:13, 21:4, 22:11, 22:15, 27:23, 33:10, 33:16
**Bloyed** [1] - 3:2
**board** [1] - 21:23
**Bolshevik** [1] - 27:23
**book** [1] - 26:6
**box** [1] - 22:7
**boy** [2] - 22:15, 32:1
**boys** [2] - 11:19, 14:25
**brain** [1] - 22:19
**Brazilians** [1] - 25:8
**break** [3] - 6:22, 31:11, 32:11
**breakdown** [1] - 15:20
**breaking** [1] - 8:19
**bring** [2] - 3:19, 3:21
**Britain** [1] - 13:11
**broke** [2] - 23:14, 23:15
**broken** [2] - 8:12, 14:22
**Brussels** [1] - 13:12
**buddies** [1] - 24:25
**buddy** [4] - 22:16, 23:18, 31:19, 33:1
**budget** [1] - 18:10
**bull** [1] - 31:21
**bullshit** [1] - 32:20
**bunch** [7] - 8:4, 11:19, 12:4, 18:21, 25:9, 30:17, 32:11
**burning** [1] - 6:3
**businesses** [1] - 17:12
**busy** [1] - 17:6
**butt** [2] - 8:4, 14:19
**Bye** [1] - 4:15

## C

**cabinet** [1] - 29:6
**California** [1] - 9:8
**calm** [1] - 6:9
**Calmandit** [1] - 16:19
**candidate** [1] - 21:11
**Captain** [1] - 10:15
**car** [3] - 8:13, 9:11,

15:1
**care** [3] - 5:19, 14:15, 32:16
**carefully** [1] - 12:20
**cars** [8] - 8:9, 8:17, 12:11, 12:17, 12:20, 23:8, 24:13
**catching** [1] - 19:2
**cattle** [1] - 16:22
**Cavilla** [1] - 23:6
**center** [2] - 21:20, 30:18
**century** [1] - 26:9
**ceremony** [1] - 32:1
**CERTIFICATE** [1] - 34:1
**Certified** [1] - 34:5
**certify** [2] - 34:7, 34:10
**charges** [1] - 31:22
**check** [2] - 10:1, 25:12
**child** [1] - 32:2
**Chinese** [3] - 9:3, 25:3, 25:7
**Christians** [1] - 28:5
**chrome** [1] - 27:8
**city** [3] - 14:4, 14:6, 18:8
**civil** [1] - 24:13
**close** [1] - 5:23
**coast** [1] - 15:24
**College** [1] - 7:14
**college** [1] - 7:15
**color** [2] - 26:1
**combat** [3] - 17:2, 17:3, 29:20
**comfort** [1] - 10:2
**coming** [1] - 6:1
**complaining** [1] - 23:8
**completely** [2] - 31:5
**confirmation** [1] - 6:19
**confirmed** [1] - 2:24
**conscious** [1] - 24:10
**contact** [1] - 4:6
**contribution** [1] - 21:15
**control** [10] - 16:4, 17:15, 17:16, 17:17, 19:2, 28:18, 28:19, 33:8
**cool** [1] - 13:8
**cop** [4] - 7:15, 8:12, 23:7, 24:24
**cops** [8] - 8:15, 13:15, 13:16, 13:17, 13:19, 27:10, 27:11, 31:11
**correct** [1] - 34:8
**correlates** [1] - 26:2
**corrupt** [2] - 13:20,

Anita F. Polk, Court Reporter (615) 394-3554

Case 3:24-cr-00189    Document 64-1    Filed 04/21/25    Page 35 of 40 PageID #: 502

31:10
**Corsicana** [6] - 8:3, 8:15, 9:18, 9:19, 14:5, 14:10
**cost** [1] - 22:8
**council** [2] - 14:4, 14:6
**councils** [2] - 18:8, 21:25
**counsel** [2] - 34:11, 34:14
**counteracts** [1] - 16:16
**counting** [3] - 9:5, 9:6, 9:7
**countries** [1] - 17:25
**country** [3] - 8:25, 15:22, 26:2
**County** [4] - 7:20, 7:22, 7:23, 25:23
**COUNTY** [1] - 34:3
**county** [2] - 23:2, 32:17
**couple** [5] - 7:11, 7:12, 7:18, 13:13, 28:17
**Court** [2] - 34:6, 34:19
**courthouse** [3] - 26:20, 31:2, 32:13
**cover** [1] - 2:7
**COVID** [2] - 16:10, 17:12
**coworkers** [1] - 13:6
**crazy** [2] - 2:6, 18:21
**criminal** [2] - 14:16, 14:17
**criminals** [1] - 18:6
**crossings** [1] - 9:7
**cuffs** [3] - 6:15, 6:22, 9:24
**customer** [1] - 30:12

**D**

**DA** [1] - 32:14
**DA's** [1] - 32:15
**dad** [4] - 4:16, 4:17, 20:6, 24:23
**Dallas** [3] - 18:22, 29:18, 29:20
**dammit** [1] - 6:4
**damn** [4] - 6:14, 6:21, 7:1, 7:4
**Date** [1] - 34:20
**David** [1] - 3:2
**days** [2] - 12:13, 24:21
**dead** [1] - 17:5
**deal** [1] - 6:2
**death** [4] - 28:2, 28:3, 28:13

**debt** [1] - 22:21
**decided** [1] - 28:11
**degree** [2] - 31:25
**degrees** [1] - 14:23
**Del** [1] - 9:5
**delayed** [1] - 13:1
**Department** [2] - 7:7, 8:3
**department** [5] - 12:17, 12:20, 22:1, 22:2, 22:4
**departments** [1] - 18:7
**deputy** [1] - 3:5
**detained** [1] - 13:1
**development** [2] - 9:5, 25:6
**dick** [1] - 8:4
**die** [2] - 28:12, 32:21
**died** [1] - 28:7
**disgusting** [2] - 19:19, 21:19
**dislocated** [1] - 6:5
**dispatch** [1] - 2:19
**Dispatch** [1] - 4:6
**ditch** [1] - 2:13
**diversity** [5] - 18:24, 18:25, 19:1, 26:4, 32:20
**dog** [1] - 14:19
**done** [1] - 31:8
**donors** [1] - 29:5
**down** [7] - 6:8, 6:9, 8:13, 16:7, 25:2, 26:24, 32:20
**drugs** [1] - 15:4
**drunk** [2] - 14:21, 19:19
**dude** [1] - 7:9
**dumb** [2] - 12:4, 21:6, 30:13
**dumbest** [1] - 12:5

**E**

**early** [1] - 22:19
**easy** [1] - 29:16
**education** [1] - 16:5
**Egyptian** [1] - 30:8
**eight** [1] - 27:3
**either** [6] - 8:2, 13:21, 15:3, 16:1, 27:2, 30:25
**El** [1] - 9:6
**elect** [1] - 18:8
**elected** [3] - 18:9, 18:11, 31:16
**empire** [5] - 30:6, 30:7, 30:8
**empires** [1] - 30:9
**employed** [2] - 34:11,

34:14
**employee** [1] - 34:13
**end** [1] - 14:22
**END** [1] - 33:24
**enforces** [1] - 19:10
**Eric** [1] - 6:12
**ethnic** [1] - 28:14
**events** [1] - 13:10
**example** [1] - 30:4
**exist** [1] - 31:22
**Expiration** [1] - 34:20

**F**

**face** [2] - 22:5, 32:9
**facts** [1] - 18:14
**faggot** [5] - 14:7, 19:12, 23:6, 32:14, 32:15
**faggots** [1] - 6:20
**failed** [3] - 18:21, 18:25, 19:1
**fake** [1] - 16:10
**family** [1] - 5:17
**far** [1] - 31:10
**farm** [1] - 16:4
**fat** [1] - 25:12
**FBI** [4] - 8:4, 14:7, 14:18, 21:11
**fear** [1] - 13:9
**federal** [1] - 8:18
**Federal** [4] - 15:22, 15:23, 17:14, 28:21
**feds** [1] - 12:6
**fell** [1] - 15:17
**fellow** [1] - 27:12
**felony** [1] - 8:18
**few** [4] - 9:4, 16:17, 21:11, 28:23
**fifth** [2] - 31:25
**fight** [8] - 10:6, 14:14, 17:1, 17:5, 20:22, 20:23, 30:21, 33:18
**fighting** [6] - 13:15, 13:19, 17:24, 23:18, 24:11, 28:25
**fights** [1] - 12:9
**financially** [1] - 34:15
**finger** [1] - 32:8
**fingers** [1] - 9:25
**finished** [1] - 32:18
**firebombing** [2] - 13:16, 13:17
**fired** [1] - 29:14
**fireman** [1] - 13:5
**first** [3] - 8:12, 17:6, 33:2
**fix** [1] - 21:22
**flyer** [2] - 15:15, 30:25
**flyered** [2] - 12:18,

12:19
**flyers** [7] - 8:16, 8:17, 12:11, 12:16, 23:7, 23:11, 23:12
**food** [1] - 28:13
**football** [1] - 27:2
**foregoing** [1] - 34:7
**form** [1] - 32:4
**France** [1] - 13:12
**free** [6] - 24:1, 24:13, 24:14, 32:6, 32:7, 32:10
**friends** [1] - 26:11
**front** [2] - 21:6, 27:1
**frost** [1] - 29:20
**Frost** [10] - 20:2, 20:3, 20:14, 21:18, 22:25, 23:7, 29:16, 29:17
**froze** [1] - 28:2
**Fuck** [2] - 6:20, 11:25
**fuck** [17] - 7:5, 12:8, 14:7, 15:5, 15:12, 17:22, 18:4, 22:6, 22:7, 22:12, 23:25, 24:4, 24:6, 24:12, 24:21, 24:22, 31:22
**fucked** [11] - 10:9, 11:9, 13:23, 13:25, 22:19, 24:24, 25:22, 25:23, 31:5, 33:20
**fuckers** [2] - 7:4, 14:18
**fucking** [91] - 5:19, 5:20, 6:3, 6:4, 6:8, 6:10, 6:11, 6:16, 6:17, 6:22, 6:23, 7:2, 8:4, 9:13, 9:25, 10:4, 10:5, 10:6, 14:2, 14:4, 14:5, 14:7, 14:15, 14:19, 17:19, 18:2, 18:6, 18:8, 18:21, 19:7, 19:9, 19:11, 19:18, 19:19, 20:23, 21:13, 21:18, 22:4, 22:6, 22:9, 23:16, 24:12, 24:13, 24:14, 24:15, 24:18, 24:20, 24:24, 24:25, 25:6, 25:11, 25:13, 25:14, 25:20, 26:14, 26:16, 26:20, 27:5, 27:6, 27:9, 27:14, 27:15, 29:10, 29:14, 29:19, 29:20, 30:19, 31:9, 31:10, 31:15, 31:16, 31:18, 31:20, 31:21, 31:24, 32:2, 32:7, 32:9, 32:12, 32:14, 33:6, 33:7, 33:12

**Fucking** [3] - 6:20, 7:2, 9:23
**full** [2] - 18:20, 27:7
**furthermore** [1] - 34:13
**future** [1] - 33:19

**G**

**gain** [1] - 25:11
**game** [2] - 23:21, 23:22
**gate** [6] - 2:3, 3:7, 5:1, 5:11, 5:23, 33:7
**genocided** [1] - 17:9
**Georgia** [1] - 15:24
**God** [6] - 6:4, 6:14, 6:20, 7:1, 7:4, 21:21
**gold** [1] - 27:8
**gonna** [2] - 4:8, 5:1
**government** [3] - 14:3, 17:14, 21:19
**grab** [2] - 5:1, 31:20
**graduate** [1] - 20:4
**graduated** [1] - 20:14
**grandparents** [2] - 16:9, 23:3
**gray** [2] - 4:20, 4:22
**Great** [1] - 13:11
**great** [1] - 9:16
**Greek** [1] - 30:6
**grew** [2] - 11:12, 22:24
**grooming** [1] - 32:1
**grow** [3] - 19:21, 19:22, 29:18
**grows** [1] - 24:22
**guarantee** [1] - 32:13
**Guatemalans** [1] - 9:3
**guess** [2] - 6:2, 16:1
**gulag** [1] - 28:7
**gulags** [1] - 28:2
**gun** [4] - 22:5, 28:18, 28:19
**gunpoint** [1] - 8:14
**guy** [8] - 12:9, 15:6, 21:6, 22:17, 22:18, 26:14, 29:10
**guys** [71] - 5:18, 6:4, 6:17, 8:21, 8:23, 9:10, 9:17, 9:19, 9:21, 9:22, 10:5, 11:12, 12:3, 12:8, 12:22, 12:25, 13:5, 13:10, 13:23, 14:11, 14:13, 14:14, 14:16, 15:7, 15:15, 15:20, 15:23, 15:25, 16:2, 16:9, 16:14, 16:23, 17:8, 17:13, 17:18, 17:23, 18:1, 18:4,

Case 3:24-cr-00189    Document 64-1    Filed 04/21/25    Page 36 of 40 PageID #: 503

*18:5, 18:13, 18:15, 18:19, 19:5, 19:7, 19:8, 19:9, 19:17, 21:1, 22:3, 22:8, 22:17, 22:24, 23:17, 24:18, 24:23, 25:16, 25:17, 26:18, 26:19, 26:20, 26:21, 26:25, 27:5, 29:16, 29:18, 31:3, 32:3, 33:6*

**housing** [2] - 9:5, 25:6
**Houston** [9] - 9:4, 25:6, 25:20, 25:24, 26:22, 26:24, 27:9, 30:10
**hundred** [4] - 28:1, 28:4, 28:9, 28:10
**Hungry** [1] - 13:13
**hurt** [3] - 6:17, 10:4, 21:14
**hurting** [1] - 6:11
**hurty** [1] - 17:20

## H

**hair** [3] - 4:21, 4:22, 4:23
**Haitians** [2] - 9:2, 25:3
**half** [1] - 23:17
**hand** [3] - 17:19, 23:11, 34:17
**hands** [1] - 6:23
**hang** [2] - 4:9, 11:1
**hard** [1] - 30:12
**harmed** [1] - 28:7
**hate** [1] - 19:8
**head** [3] - 15:8, 20:21, 22:21
**hear** [9] - 2:21, 7:23, 7:24, 7:25, 8:1, 19:21, 20:1, 22:12
**hell** [1] - 30:22
**Hello** [2] - 2:17, 4:5
**hello** [2] - 4:1, 10:15
**help** [2] - 14:12, 14:17
**hereto** [1] - 34:15
**hereunto** [1] - 34:16
**hero** [1] - 15:8
**heros** [1] - 15:7
**Hidee** [1] - 2:1
**high** [3] - 18:20, 22:22
**Hill** [3] - 7:20, 7:22, 7:23
**hint** [1] - 16:2
**hire** [2] - 25:15, 31:18
**hired** [2] - 12:3
**hires** [1] - 25:13
**history** [1] - 29:24
**hold** [1] - 26:19
**holding** [3] - 23:9, 23:22, 27:5
**hole** [1] - 24:18
**home** [1] - 33:3
**honestly** [2] - 20:20, 22:4
**hop** [1] - 5:1
**hope** [2] - 19:18, 31:23
**hours** [2] - 14:21, 28:17
**house** [3] - 10:22, 10:23, 10:24

## I

**illegally** [1] - 13:1
**immediately** [1] - 16:4
**IN** [1] - 34:16
**inaudible** [21] - 2:8, 2:23, 3:6, 4:17, 5:13, 5:15, 5:19, 5:21, 5:23, 6:7, 6:10, 10:13, 10:17, 10:25, 11:2, 11:7, 18:2, 19:10, 19:25, 23:14, 26:22
**Inaudible** [4] - 2:16, 2:20, 5:25, 19:15
**inaudible)** [36] - 2:2, 2:4, 2:9, 2:11, 2:18, 3:3, 3:11, 3:13, 3:14, 3:16, 3:24, 4:3, 4:15, 4:17, 4:19, 5:4, 5:12, 5:17, 5:19, 5:20, 5:21, 5:22, 6:9, 7:8, 10:18, 10:20, 10:22, 10:23, 11:5, 20:12, 21:3, 22:10, 22:11, 22:14, 33:9, 33:15
**indoctrination** [1] - 21:20
**ineffective** [2] - 17:2, 17:3
**influence** [1] - 21:25
**informed** [1] - 13:22
**injured** [1] - 17:4
**insane** [2] - 18:22, 18:23
**inside** [2] - 10:21, 10:24
**insurance** [1] - 2:23
**interested** [1] - 34:15
**invaded** [1] - 9:9
**invalid** [1] - 3:9
**IQ** [2] - 25:8, 26:2
**Ireland** [1] - 13:12
**island** [1] - 15:24
**Island** [1] - 15:25
**isolated** [2] - 22:24, 22:25

**Israel** [4] - 21:1, 21:10, 21:12, 21:15
**itself** [1] - 22:2

## J

**jail** [7] - 8:19, 9:10, 14:10, 14:20, 17:21, 19:11, 20:21
**Jekyll** [1] - 15:25
**Jew** [11] - 8:4, 16:23, 18:11, 19:9, 24:20, 29:1, 29:2, 29:3, 31:17, 32:14, 32:20
**Jew-loving** [1] - 18:11
**Jewish** [12] - 14:6, 16:3, 16:19, 18:3, 18:8, 18:25, 19:2, 21:25, 26:4, 26:5, 27:24, 30:18
**Jews** [14] - 15:25, 16:2, 18:2, 19:12, 28:7, 28:20, 28:21, 29:4, 29:5, 29:6, 30:17, 31:20, 32:4
**job** [6] - 9:16, 14:2, 14:7, 17:11, 19:9
**jobs** [4] - 14:1, 17:14, 30:24, 30:25
**joint** [2] - 15:1, 15:2
**Judaism** [1] - 32:3
**jumped** [1] - 23:12
**June** [1] - 34:20
**juvenile** [1] - 14:25

## K

**keep** [7] - 4:12, 13:10, 13:24, 17:9, 18:5, 18:6, 31:3
**keeping** [1] - 17:13
**kicking** [1] - 25:2
**kid** [2] - 5:6, 24:21
**kids** [25] - 13:3, 13:23, 13:25, 16:6, 17:9, 18:15, 19:14, 20:14, 20:15, 21:20, 23:1, 23:2, 24:11, 27:17, 27:18, 29:3, 29:4, 29:17, 30:22, 30:23, 32:18, 33:18, 33:19
**kill** [3] - 16:18, 16:21, 25:4
**killed** [3] - 16:8, 28:9, 28:14
**killing** [1] - 16:25
**kind** [3] - 19:4, 23:25, 33:1
**kindness** [1] - 12:15
**kinds** [1] - 12:24

**known** [1] - 16:17
**knows** [3] - 9:9, 18:14, 26:13

## L

**lanes** [2] - 27:3, 27:4
**last** [5] - 9:4, 12:17, 14:20, 20:15, 30:5
**laughing)** [1] - 20:13
**law** [1] - 14:5
**laws** [3] - 8:20, 31:11, 32:11
**lawyer** [2] - 6:13, 30:14
**lawyers** [2] - 8:16, 12:23
**LCR** [2] - 34:18, 34:20
**least** [1] - 18:9
**leave** [1] - 27:13
**left** [1] - 16:7
**leg** [6] - 8:12, 10:10, 14:22, 23:14, 23:16, 31:9
**legal** [3] - 8:11, 9:12, 12:22
**legislation** [1] - 28:20
**less** [2] - 25:10, 30:1
**letting** [1] - 25:11
**Licensed** [1] - 34:5
**lie** [1] - 28:1
**life** [3] - 11:23, 16:12, 33:22
**listen** [2] - 14:13, 25:13
**listening** [1] - 29:10
**literally** [1] - 25:10
**live** [3] - 20:19, 20:22, 26:23
**lived** [1] - 11:23
**locked** [1] - 2:3
**locking** [1] - 19:10
**Look** [1] - 8:10
**look** [6] - 4:19, 8:10, 12:1, 20:10, 24:16
**looked** [1] - 4:20
**looking** [3] - 5:18, 12:2, 15:9
**looks** [2] - 4:18, 12:3
**looping** [1] - 22:16
**loosen** [1] - 6:15
**lose** [1] - 16:9
**losing** [1] - 8:25
**lost** [1] - 15:21
**love** [1] - 26:23
**lover** [1] - 29:2
**loving** [2] - 18:11, 32:15
**lucky** [1] - 21:10
**lying** [2] - 3:23, 28:15

## M

**machete** [4] - 30:2, 30:3, 30:5, 30:8
**mad** [1] - 30:14
**major** [1] - 28:19
**male** [1] - 14:1
**man** [21] - 6:14, 6:15, 7:4, 8:25, 18:14, 19:3, 21:7, 21:18, 23:11, 24:10, 24:12, 24:16, 26:3, 26:11, 29:9, 29:16, 30:21, 31:8, 32:18, 33:16, 33:19
**March** [2] - 13:7, 34:17
**marriage** [1] - 32:1
**married** [2] - 29:3, 29:4
**marry** [1] - 17:10
**Mason** [2] - 31:24, 32:7
**masonry** [2] - 32:3, 32:6
**Masons** [1] - 31:23, 31:24
**master** [2] - 20:7, 33:8
**matter** [2] - 15:19, 21:16
**mean** [2] - 25:25, 27:7
**means** [4] - 16:22, 16:23, 26:1
**meet** [2] - 30:2, 33:17
**melted** [1] - 21:6
**mention** [1] - 31:19
**messed** [1] - 5:24
**met** [3] - 13:6, 15:23, 32:13
**Mexicans** [2] - 27:5, 31:4
**Mexico** [1] - 9:8
**might** [4] - 3:13, 18:12, 21:11, 27:7
**military** [1] - 17:4
**million** [6] - 28:1, 28:4, 28:9, 28:10, 28:14, 28:15
**minute** [2] - 4:2, 4:10
**minutes** [3] - 9:22, 13:2, 23:13
**mirror** [1] - 24:16
**money** [8] - 17:15, 18:5, 20:24, 24:12, 24:20, 25:1, 28:22, 31:17
**months** [4] - 7:11, 7:12, 7:18, 9:4
**morning** [1] - 20:20
**mortgage** [1] - 22:20
**most** [1] - 23:4

***mother*** [2] - 7:4, 14:18
***mouth*** [1] - 19:17
***move*** [1] - 11:10
***MR*** [39] - 5:16, 5:23, 6:3, 6:8, 6:20, 7:1, 7:9, 7:12, 7:15, 7:17, 7:19, 7:21, 7:23, 8:7, 9:21, 10:3, 10:9, 10:12, 10:17, 10:24, 11:9, 11:14, 11:16, 11:21, 11:23, 11:25, 19:16, 19:24, 20:1, 20:3, 20:6, 20:9, 20:13, 21:4, 22:11, 22:15, 27:23, 33:10, 33:16

## N

***naked*** [2] - 6:18, 10:5
***Nashville*** [5] - 7:3, 9:14, 15:12, 30:17, 30:18
***Nashville's*** [1] - 15:13
***Navarro*** [2] - 7:14, 25:22
***need*** [10] - 6:19, 13:18, 24:3, 24:21, 29:9, 29:10, 31:12, 31:13, 31:14, 31:17
***needed*** [1] - 28:12
***needs*** [1] - 31:14
***never*** [7] - 17:10, 17:11, 20:25, 26:18, 26:19, 26:21
***New*** [1] - 9:8
***new*** [1] - 14:9
***newspaper*** [1] - 14:9
***niggers*** [5] - 17:10, 18:21, 30:2, 30:3, 30:5
***night*** [1] - 9:3
***nobody*** [1] - 9:9
***non*** [1] - 16:23
***north*** [1] - 25:6
***nothing*** [6] - 5:5, 13:9, 24:19, 24:20, 25:12, 26:17
***number*** [4] - 3:1, 3:4, 3:9, 33:14

## O

***Oak*** [4] - 11:15, 11:18, 11:19, 19:21
***OF*** [4] - 1:1, 33:24, 34:2, 34:3
***OFFICER*** [70] - 2:1, 2:3, 2:5, 2:10, 2:14, 2:17, 2:19, 2:21,

2:25, 3:4, 3:9, 3:11, 3:12, 3:18, 3:20, 3:22, 4:1, 4:4, 4:6, 4:11, 4:13, 4:15, 4:16, 4:18, 4:20, 4:22, 4:25, 5:3, 5:4, 5:5, 5:7, 5:10, 6:1, 6:6, 6:7, 6:19, 6:24, 7:8, 7:11, 7:14, 7:16, 7:18, 7:20, 7:22, 10:1, 10:8, 10:14, 10:15, 10:16, 10:20, 11:1, 11:3, 11:5, 11:7, 11:13, 11:15, 11:17, 11:20, 11:22, 11:24, 19:23, 19:25, 20:2, 20:5, 20:8, 20:12, 21:3, 22:10, 22:14, 33:8
***offices*** [1] - 32:15
***old*** [3] - 10:7, 26:12, 33:21
***once*** [1] - 15:6
***One*** [2] - 5:17, 12:13
***one*** [14] - 6:5, 8:3, 10:17, 13:3, 13:6, 13:21, 14:22, 15:8, 16:1, 18:12, 21:5, 21:11, 23:8, 24:21
***one's*** [1] - 33:14
***ones*** [1] - 3:22
***online*** [2] - 15:16, 30:12
***open*** [2] - 9:18, 22:3
***ordinance*** [1] - 14:9
***ought*** [4] - 8:23, 8:24, 9:17, 9:18
***overpass*** [1] - 27:4
***overthrow*** [1] - 27:24
***own*** [3] - 15:8, 19:14, 33:7

## P

***page*** [1] - 14:4
***paper*** [2] - 9:11, 17:20
***papers*** [1] - 8:9
***parents*** [1] - 23:3
***part*** [5] - 24:9, 24:15, 30:21, 30:22, 30:24
***parties*** [2] - 34:12, 34:14
***Paso*** [1] - 9:6
***passed*** [2] - 14:8, 28:20
***Pat*** [1] - 6:8
***patriot*** [1] - 12:9
***patriots*** [2] - 18:1, 31:21
***pattern*** [1] - 29:7

***pawns*** [1] - 14:11
***paycheck*** [1] - 26:16
***paychecks*** [1] - 26:17
***paying*** [1] - 14:6
***PD*** [11] - 7:3, 8:3, 9:18, 9:19, 12:23, 12:24, 13:2, 14:17, 22:1, 25:18, 27:9
***pedophile*** [1] - 32:2
***pedophiles*** [1] - 31:24
***people*** [23] - 7:25, 8:1, 8:10, 9:15, 12:11, 13:18, 14:8, 15:5, 17:20, 19:1, 23:23, 25:5, 25:7, 25:18, 28:2, 28:4, 28:10, 28:14, 30:6, 31:1, 31:18, 32:21
***pepper*** [1] - 4:23
***percent*** [7] - 18:3, 25:24, 25:25, 29:6, 29:23, 30:1
***perfectly*** [3] - 8:11, 9:12, 12:21
***person*** [1] - 26:12
***ph*** [5] - 12:18, 16:19, 16:22, 23:6, 26:22
***ph)*** [1] - 26:7
***Phone*** [2] - 2:15, 10:11
***phone*** [2] - 3:1, 3:25
***pieces*** [2] - 8:9, 9:11
***pillows*** [1] - 14:24
***pistols*** [1] - 27:15
***place*** [1] - 21:19
***plan*** [1] - 26:8
***plated*** [2] - 27:8
***Poland*** [1] - 31:4
***police*** [3] - 18:7, 22:2, 22:3
***policy*** [1] - 17:16
***politicians*** [3] - 17:16, 28:23, 28:24
***POLK*** [1] - 34:5
***polk*** [1] - 34:18
***population*** [1] - 29:22
***Portugal*** [1] - 13:12
***post*** [1] - 20:7
***pot*** [2] - 15:2, 15:4
***power*** [1] - 25:11
***print*** [1] - 28:22
***problem*** [2] - 13:8, 23:11
***problems*** [1] - 14:8
***proceeding*** [1] - 34:12
***promise*** [1] - 12:14
***protect*** [2] - 21:23, 27:11
***provided*** [1] - 34:9
***psychopathic*** [1] -

23:7
***public*** [1] - 23:23
***pull*** [1] - 8:16
***Pull*** [1] - 8:17
***pussy*** [1] - 17:19
***put*** [6] - 8:9, 11:7, 12:10, 12:20, 14:20, 16:15
***putting*** [3] - 8:12, 9:10, 23:7

## Q

***qualified*** [1] - 34:6
***questions*** [1] - 7:10

## R

***racial*** [1] - 26:8
***radio*** [6] - 3:15, 5:14, 9:20, 27:22, 29:8, 29:12
***RADIO*** [1] - 33:13
***Radio*** [6] - 3:17, 8:6, 11:4, 11:6, 29:15, 32:23
***Raise*** [1] - 10:14
***ran*** [3] - 14:6, 16:3, 30:17
***reached*** [1] - 23:10
***read*** [2] - 16:18, 26:6
***real*** [6] - 2:5, 7:25, 12:9, 12:20, 22:25, 26:10
***realize*** [2] - 13:24, 25:15
***Really*** [1] - 11:16
***really*** [7] - 8:1, 8:2, 13:13, 20:15, 30:19, 32:16
***reason*** [1] - 24:17
***RECORDING*** [2] - 1:1, 33:24
***Recording*** [1] - 4:24
***recording*** [1] - 34:8
***recruit*** [1] - 32:5
***Red*** [4] - 11:15, 11:18, 11:19, 19:21
***related*** [1] - 34:11
***relative*** [1] - 34:13
***remember*** [1] - 12:15
***replacement*** [1] - 25:14
***replacing*** [1] - 31:3
***Reporter*** [2] - 34:6, 34:19
***Reserve*** [4] - 15:22, 15:23, 17:15, 28:21
***retarded*** [2] - 25:10
***Revolution*** [4] -

27:19, 27:20, 27:24, 28:8
***rewind*** [1] - 30:3
***Rhodesia*** [1] - 29:25
***rid*** [1] - 31:13
***ride*** [1] - 9:22
***riding*** [1] - 24:12
***rights*** [3] - 21:13, 24:13, 24:14
***Rio*** [1] - 9:6
***rising*** [1] - 19:3
***road*** [1] - 25:2
***rob*** [1] - 21:13
***Roman*** [1] - 30:6
***ruined*** [1] - 33:22
***run*** [3] - 21:22, 21:23, 28:21
***Russia*** [1] - 27:25
***Russian*** [3] - 27:19, 27:20, 28:8
***Russians*** [1] - 28:6
***Rusty*** [1] - 2:25

## S

***sacrificed*** [1] - 31:9
***safe*** [1] - 10:12
***salt*** [1] - 4:23
***Saturday*** [1] - 27:2
***save*** [1] - 18:15
***scam*** [2] - 26:4, 26:5
***scared*** [1] - 33:2
***school*** [8] - 11:14, 18:20, 19:24, 21:18, 21:22, 22:23, 27:25
***screaming*** [2] - 5:20, 23:8
***screening*** [1] - 30:12
***seat*** [1] - 11:8
***second*** [1] - 11:1
***see*** [11] - 2:8, 3:18, 3:20, 3:24, 15:6, 16:20, 22:5, 22:9, 22:24, 28:15, 33:5
***seeing*** [1] - 29:6
***sense*** [1] - 28:16
***set*** [1] - 34:16
***Sheriff*** [3] - 7:22, 18:9, 18:11
***sheriff*** [4] - 7:24, 15:18, 23:19, 31:14
***sheriff's*** [4] - 11:25, 12:16, 12:19, 22:1
***Sheriff's*** [2] - 7:7, 24:25
***sheriffs*** [4] - 13:20, 21:23, 31:15, 31:17
***Sheriffs*** [1] - 21:5
***shirt*** [1] - 33:5
***shit*** [17] - 12:24,

*16*:10, 16:20, 18:4, 18:11, 19:17, 20:21, 21:24, 23:25, 24:17, 25:21, 26:1, 26:4, 26:8, 29:19, 30:12, 31:21
**shoot** [3] - 27:9, 27:15, 33:6
**shorten** [1] - 16:12
**shorts** [1] - 33:5
**shot** [1] - 23:22
**shoulder** [4] - 6:11, 7:5, 10:10, 31:10
**shoulder's** [2] - 6:4, 11:9
**shove** [1] - 31:17
**show** [5] - 13:2, 16:14, 26:21, 27:6, 27:14
**showed** [1] - 33:4
**shut** [2] - 20:25, 22:7
**sick** [1] - 17:5
**side** [2] - 10:9, 31:13
**sidelines** [1] - 24:19
**sideways** [1] - 6:24
**sit** [2] - 6:21, 24:18
**sitting** [1] - 2:12
**skin** [2] - 23:21, 26:1
**slave** [1] - 16:3
**slide** [1] - 23:4
**slip** [1] - 23:4
**small** [1] - 17:12
**smart** [1] - 26:3
**smarter** [1] - 15:18
**smoke** [2] - 15:2, 15:4
**sodomite** [2] - 14:19, 32:2
**sodomites** [2] - 32:9, 32:12
**solved** [1] - 23:10
**someone** [2] - 3:14, 3:18
**somewhere** [1] - 3:23
**son** [1] - 25:1
**soon** [1] - 27:13
**sooner** [1] - 29:20
**sorry** [2] - 20:1, 22:13
**sound** [1] - 19:4
**sounding** [1] - 2:15
**south** [1] - 29:25
**southern** [2] - 9:7, 9:8
**Spain** [1] - 13:12
**speech** [3] - 24:1, 24:14, 32:10
**spending** [1] - 9:3
**spics** [1] - 18:21
**Spics** [2] - 12:4, 12:5
**Stalin** [1] - 28:12
**stand** [3] - 17:19, 18:1, 31:15
**standing** [2] - 18:2,

27:12
**start** [2] - 15:9, 32:1
**starting** [2] - 16:5, 28:16
**starved** [2] - 28:3, 28:13
**STATE** [1] - 34:2
**State** [1] - 34:6
**States** [1] - 28:19
**stay** [4] - 22:6, 30:15, 32:20
**Step** [1] - 10:8
**steps** [2] - 26:21, 31:2
**stick** [1] - 22:4
**still** [1] - 23:16
**stole** [1] - 12:18
**stop** [2] - 17:8, 21:24
**stopped** [1] - 12:25
**story** [1] - 26:23
**strategy** [1] - 16:18
**street** [2] - 26:18, 31:21
**study** [1] - 29:25
**stuff** [1] - 8:13
**subject's** [1] - 5:10
**Suburban** [1] - 2:12
**sucked** [1] - 22:19
**suckers** [1] - 8:5
**suffering** [1] - 15:1
**Sunday** [1] - 27:3
**supposed** [1] - 12:1
**surprised** [1] - 18:23
**survive** [1] - 33:3
**survived** [1] - 18:23
**SWAT** [1] - 17:21
**SWATTED** [2] - 7:3, 9:13
**swelling** [5] - 6:12, 6:16, 6:23, 9:23, 9:25
**sword** [1] - 18:17
**system** [1] - 22:19

### T

**Talman** [1] - 26:6
**tank** [2] - 14:21, 19:19
**tanner** [1] - 31:3
**Tanner** [6] - 7:25, 9:16, 12:1, 15:17, 25:13, 31:12
**Tanner's** [3] - 13:7, 15:17, 15:18
**tattoos** [1] - 15:5
**teach** [3] - 21:12, 21:14, 27:25
**teacher** [1] - 11:18
**team** [1] - 20:21
**ten** [1] - 16:2
**TENNESSEE** [1] -

34:2
**Tennessee** [2] - 30:18, 34:7
**terms** [1] - 33:17
**Texas** [2] - 25:24, 29:22
**that'll** [1] - 11:3
**they've** [3] - 15:14, 16:20, 17:13
**threaten** [6] - 8:22, 9:14, 9:15, 15:11, 30:11, 30:13
**threats** [2] - 7:2, 8:21
**threw** [1] - 8:19
**throw** [5] - 14:9, 17:21, 18:16, 19:11, 19:18
**throwing** [2] - 9:10, 18:5
**tied** [1] - 9:24
**tight** [1] - 4:9
**Title** [1] - 8:18
**today** [3] - 12:9, 24:17, 32:25
**took** [6] - 16:4, 17:12, 23:9, 23:10, 23:11, 28:12
**torture** [1] - 15:2
**tortured** [1] - 10:4
**torturing** [2] - 9:23, 12:8
**town** [1] - 26:13
**traders** [2] - 32:4, 32:5
**traffic** [13] - 3:15, 3:17, 5:14, 8:6, 9:20, 27:2, 27:3, 27:4, 27:22, 29:8, 29:12, 29:15, 32:23
**TRAFFIC** [1] - 33:13
**traffic)** [2] - 11:4, 11:6
**train** [1] - 21:2
**trained** [1] - 14:18
**transcript** [2] - 34:7, 34:8
**TRANSCRIPT** [1] - 1:1
**trespassed** [2] - 8:15, 23:25
**triage** [1] - 17:6
**trouble** [3] - 30:15, 30:16, 33:10
**trough** [1] - 5:24
**true** [1] - 34:8
**Trump's** [2] - 29:3, 29:5
**try** [3] - 3:4, 14:2
**trying** [2] - 17:6, 33:3
**Turn** [1] - 6:24
**turn** [2] - 6:24, 13:8
**turned** [2] - 13:4, 23:12

**two** [5] - 8:16, 9:7, 12:25, 14:25, 23:13

### U

**ugh** [1] - 7:5
**Ukraine** [2] - 28:11, 28:15
**UN** [1] - 25:21
**uncles** [1] - 16:8
**under** [1] - 12:21
**union** [2] - 22:1
**United** [1] - 28:19
**UNKNOWN** [17] - 2:2, 2:4, 2:8, 2:16, 2:18, 2:20, 3:3, 3:8, 4:5, 4:9, 4:12, 4:14, 4:24, 5:9, 5:12, 10:19, 11:18
**uNKNOWN** [1] - 2:23
**unless** [1] - 31:5
**up** [40] - 2:6, 4:25, 5:24, 6:23, 8:24, 9:24, 10:14, 11:10, 11:12, 13:2, 13:10, 16:7, 17:19, 18:22, 19:3, 19:10, 19:21, 19:22, 20:11, 20:20, 20:25, 22:7, 22:12, 22:24, 23:23, 24:5, 24:8, 24:22, 24:24, 25:4, 25:20, 26:21, 27:6, 27:14, 28:24, 29:1, 29:18, 31:15, 31:17, 33:4

### V

**vac** [1] - 17:7
**vacs** [4] - 16:11, 16:12, 16:15, 16:16
**Venezuelan** [1] - 25:7
**Venezuelans** [1] - 25:3
**versus** [1] - 25:19
**violate** [1] - 21:13
**violation** [2] - 3:6, 8:18
**vomit** [1] - 14:22

### W

**waiting** [1] - 4:12
**wake** [1] - 20:20
**walk** [3] - 5:16, 19:20, 23:16
**walking** [2] - 2:6, 5:10
**walks** [1] - 4:25
**Walter** [1] - 20:9
**war** [1] - 9:17
**warfare** [2] - 9:18,

22:3
**warrant** [1] - 5:3
**waste** [1] - 33:12
**watch** [1] - 4:3
**watching** [2] - 13:11, 26:9
**water** [1] - 23:9
**watering** [1] - 5:24
**weapon** [1] - 19:16
**weapons** [2] - 25:21, 27:6
**wearing** [1] - 33:4
**welcome** [1] - 27:18
**Where'd** [1] - 11:14
**WHEREOF** [1] - 34:16
**white** [16] - 14:1, 17:13, 17:25, 24:9, 25:16, 25:19, 25:24, 25:25, 26:4, 28:5, 28:6, 28:14, 29:22, 30:9, 32:3, 32:21
**white's** [1] - 25:25
**whites** [1] - 23:19
**whole** [5] - 11:23, 18:14, 23:15, 25:8
**whores** [1] - 8:23
**widely** [1] - 16:17
**WILLIAMSON** [1] - 34:3
**win** [1] - 17:8
**windshield** [1] - 12:21
**windshields** [1] - 9:11
**wish** [4] - 15:6, 15:7, 20:22, 20:24
**WITNESS** [1] - 34:16
**women** [2] - 12:4, 31:4
**word** [1] - 16:5
**world** [6] - 13:10, 15:21, 18:14, 19:1, 23:1, 26:2
**worse** [1] - 18:7
**wrists** [4] - 6:12, 6:16, 6:22, 9:23
**writing** [1] - 16:5

### Y

**y'all** [10] - 2:25, 3:1, 7:6, 8:7, 12:14, 12:16, 16:9, 16:10, 32:24
**Y'all** [1] - 12:10
**yards** [1] - 23:5
**year** [3] - 12:17, 20:4, 23:17
**years** [7] - 10:6, 14:2, 16:13, 16:21, 17:14, 26:8, 29:19
**young** [1] - 14:25
**yourself** [6] - 13:18,

Case 3:24-cr-00189     Document 64-1     Filed 04/21/25     Page 39 of 40 PageID #: 506

| |
|---|
| *18:16, 20:20, 24:4, 24:7, 29:14* |
| **Z** |
| **zog** [1] - 8:4<br>**zone** [1] - 29:20 |