

Date of entry   09/24/2024

On September 20, 2024, pursuant to a warrant issued by the Middle District of Tennessee, signed by United States Magistrate Jeffery S. Frensley on September 20, 2024, a search was executed by members of the FBI Dallas North Texas Joint Terrorism Task Force. The property to be searched was a residence located at 4206 FM 667 Frost, Texas (TX) 76641. The following is a list of the personnel involved and a summary of the events that took place:

**FBI SEARCH PERSONNEL**

A/SSA Jeffrey Cotner - On Scene Commander/ Evidence Collector

SA Kelsey Somaschini - Team Leader/ Evidence Collector

SA Chad Rogers Evidence Collector/Photograph Log

TFO Craig Dockter - Evidence Collector/ Perimeter

TFO Tommy Raley - Perimeter

TFO Derick Lamond Chaney - Perimeter

Andersen Powell - Evidence Collector

Skylar Dempsey - Photographer

**NON-FBI PERSONNEL**

Trooper Michael Turner (Texas Department of Public Safety) - Perimeter

Sergeant Taylor (Navarro County Sheriff's Office) - Perimeter

Deputy Turner (Navarro County Sheriff's Office) - Perimeter

**TIME-LINE OF EVENTS (approximate)**

09/20/2024

| | | | |
|---|---|---|---|
| Investigation on | 09/20/2024 at | Frost, Texas, United States (In Person) | |
| File # | 266N-NV-3957495 | Date drafted | 09/23/2024 |
| by | Kelsey Somaschini | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

266N-NV-3957495
    (U) Search of 4206 FM 667 Frost, Texas
Continuation of FD-302 of  76641 , On  09/20/2024 , Page  2 of 2

12:00 p.m. - Contact was made with the residence and squad made entry for security sweeps

12:15 p.m. - Walk through and search brief; Entry photographs started

1:15 p.m. - Exit photographs completed and scene cleared

During the search, a few items of unknown evidentiary value were seized and reported on a FBI Evidence Recovery Log. All evidence, to include the following items of unknown evidentiary value were collected:

1 - Optiplex 3020 intel Dell PC with panel removed and power cord

2 - Asus black laptop serial # ECN0CX20729449C

3 - iphone charging cord

A copy of the following documents are attached hereto and considered a part of this FD-302. The following original documents have been digitally scanned and made a part of the investigative case file.

    1. Copy of the Search Warrant

    2. Sign In Log for 09/20/2024

    3. Evidence Collected Item Log

    4. FD-597

    5. Photograph Log

    6. FD-888 Law Enforcement Operations Plan

FD-340 (1-A) envelopes containing copies of the above documents and DVDs containing photographs were made part of the investigative case file.

A copy of the signed search warrant, signed return and the evidence collection log were returned to the court via email on 23 September 2024.