# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 3:24-cr-00189 |
| v. ) | JUDGE CRENSHAW |
| ) | |
| **DAVID AARON BLOYED** ) | |

## NOTICE OF DEFENSE WITNESSES AND EXHIBITS

As directed by the Court (D.E. 44), defense counsel hereby notifies the Court and the government that the only potential defense witness is Mr. Bloyed himself and that defense counsel does not intend to introduce any exhibits for purposes other than impeachment.

Respectfully submitted,

/s/ *Will Allensworth*
WILL ALLENSWORTH (BPR# 030735)
Assistant Federal Public Defender
Office of the Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
Will_Allensworth@fd.org

/s/ *Mary Kathryn Harcombe*
MARY KATHRYN HARCOMBE
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
marykathryn_harcombe@fd.org

Attorneys for David Aaron Bloyed

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2025, I electronically filed the foregoing Notice of Defense Witnesses and Exhibits with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to: Joshua Kurtzman and Philip H. Wehby, Assistant United States Attorneys, 719 Church Street, Suite 3300, Nashville, Tennessee 37203.

                                    /s/ *Will Allensworth*
                                    WILL ALLENSWORTH