REV 09/18

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:24-CR-189

**UNITED STATES OF AMERICA**
V.

Judge: WAVERLY D. CRENSHAW, JR.

Hearing Date: 5/7/2025

DAVID AARON BLOYED

Location: ☑ Nashville  ○ Columbia  ○ Cookeville

Court Reporter: LISE MATTHEWS

(list each defendant appearing at hearing)

Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): JOSHUA KURTZMAN, PHILIP WEHBY

Defense Attorney(s): WILLIAM ALLENSWORTH, MARY HARCOME

## TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Day 2 of Jury Trial held on May 7, 2025.
- Exhibits and witnesses presented. The parties rested and closing arguments and instructions were made to the jury.
- Jury deliberated. Verdict returned as guilty to Count One.
- The parties to file by May 16, 2025, proposed dates for sentencing.
- Order to enter.

Total Time in Court: 3 hours and 34 minutes

Clerk of Court
by: MELISSA SEAY