# UNITED STATES DISTRICT COURT

MIDDLE    DISTRICT OF    TENNESSEE

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| DAVID AARON BLOYED | Case Number:   3:24-CR-189 |

| PRESIDING JUDGE<br>Judge Waverly Crenshaw | PLAINTIFF'S ATTORNEY<br>Joshua Kurtzman, Philip Wehby | DEFENDANT'S ATTORNEY<br>William Allensworth, Mary Harcombe |
|---|---|---|
| TRIAL DATE (S)<br>5/6/2025 and 5/7/2025 | COURT REPORTER<br>LISE MATTHEWS | COURTROOM DEPUTY<br>MELISSA SEAY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 5/6/25 | | | WIT:  Whitney Hambrick, MNPD Supervisory Analyst |
| 1 | | 5/6/25 | x | | MNPD Criminal Intelligence Unit – Informational Bulletin24May 2024 – ==ID only== |
| x | | 5/6/25 | | | WIT:  Zachery Plese, MNPD Detective |
| 2 | | 5/6/25 | x | x | Surveillance Video – Altercation in vicinity of Broadway on July 14, 2024 |
| X | | 5/6/25 | | | WIT:  Steven Rowlett, MNPD Detective |
| 12 | | 5/6/25 | X | X | Bloyed Gab Post Regarding D.B. Lying and District Attorney "Getting the Rope" – July 19, 2024 (DH Ex. 17) |
| 13 | | 5/6/25 | X | x | Bloyed Telegram Post – "The Rope List grew by a few more Nashville jews today" – July 19, 2024 (DH Ex. 22) |
| 5 | | 5/6/25 | X | X | Bloyed Telegram Posts Regarding Harassing the Bar owner to Get McCann out of jail – July 15, 2024 |
| 22 | | 5/6/25 | X | X | Bloyed Telegram Post – "some nut could possibly arson the whole place" – (DH Ex. 27) |
| 18 | | 5/6/25 | X | X | Bloyed Hitler Salute Picture (DH Ex. 23) |
| 19 | | 5/6/25 | X | X | Bloyed Telegram Post – "Well.  He's f[]ed. Put him on the Rope list" – (DH Ex. 28) |
| 20 | | 5/6/25 | X | X | Bloyed Telegram Post – "We need to start a war between the jews in Nashville. This is what we do it on" – (DH Ex. 24) |
| 4 | | 5/6/25 | X | X | Rowlett Email to Lt. Dickerson Regarding the Threat |
| X | | 5/6/25 | | | WIT:  Glenn Funk, Nashville District Attorney |
| 40 | | 5/6/25 | X | X | Photo of Schwetty Ball Telegram Post "Getting the Rope" |
| 41 | | 5/6/25 | X | X | Photo of Schwetty Ball Telegram Post "the 'Rope List' grew by a few more Nashville jews today" |
| X | | 5/7/25 | | | WIT:  Christopher Dickerson, MNPD Lieutenant |
| 39 | | 5/7/25 | X | X | Dickerson Email to Roger Moore "Vaguely threatening post directed towards DA Funk" |
| X | | 5/7/25 | | | WIT:  Angelo Defeo, Special Agent with the FBI |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | DAVID AARON BLOYED | CASE NO. 3:24-CR-189 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7 |  | 5/7/25 | X | X | Bloyed Gab Post Regarding Harassing D.B.'s Employer and District Attorney – July 16, 2024 (DH Ex. 15) |
| 23 |  | 5/7/25 | X |  | Gab Subpoena Response #1 – User Info – ID only |
| 24 |  | 5/7/25 | X |  | Gab Subpoena Response # 2 – Subscriber Data – ID only |
| 25 |  | 5/7/25 | X |  | Gab Subpoena Response # 3 - Messages – ID only |
| 8 |  | 5/7/25 | X | X | Bloyed Gab Post Regarding D.B. Reoffending – July 16, 2024 (DH Ex. 16) |
| 9 |  | 5/7/25 | X | X | Bloyed Gab Post Regarding Harassing Bar Owner – July 16, 2024 (DH Ex. 7) |
| 10 |  | 5/7/25 | X | X | Bloyed Gab Post of Report Regarding McCann Arrest – July 18, 2024 (Detention Hearing1 ("DH") Ex. 6) |
| 11 |  | 5/7/25 | X | X | Bloyed Gab Post Regarding D.B.'s Charges and "Hell to Pay" – July 18, 2024 (DH Ex. 13) |
| 14 |  | 5/7/25 | X | X | Bloyed Gab Post Regarding District Attorney "Getting the Rope" – July 19, 2024 (DH Ex. 21) |
| 15 |  | 5/7/25 | X | X | Bloyed Gab Post – "D[], hello there" – July 20, 2024 (DH Ex. 18) |
| 17 |  | 5/7/25 | X | X | Bloyed Gab Post Regarding D.B.'s Address – July 20, 2024 (DH Ex. 8) |
| 30 |  | 5/7/25 | X | X | AMA Techtel Subpoena Response |
| 27 |  | 5/7/25 | X | X | AT&T Subscriber Information Subpoena Response |
| 31 |  | 5/7/25 | X | X | Telegram Response – Subscriber Data |
| 28 |  | 5/7/25 | X | X | Rise Broadband Subpoena Response |
| 32 |  | 5/7/25 | X | X | Stipulation #1 – Schwetty Balls |
| 33 |  | 5/7/25 | X | X | Stipulation #2 – Travel |
| 34 |  | 5/7/25 | X | X | Stipulation #3 – Interstate Commerce |

Page **2** of **3**

| | USA | vs. | DAVID AARON BLOYED | CASE NO. 3:24-CR-189 |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|