UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:24-cr-00189 |
| DAVID AARON BLOYED, | ) |
| Defendant. | ) |

## VERDICT FORM

With respect to Count One of the Indictment, which charges communicating a threat in interstate commerce, in violation of 18 U.S.C. § 875(c), we the Jury, unanimously find the defendant David Aaron Bloyed (check one):

Not Guilty _____    Guilty __✓__

[signature redacted]
FOREPERSON

May 7, 2024
DATE